

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00716-CV

John **MAGNESS**,
Appellant

v.

Sheppard **BAKER**,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 32335
Honorable Robert Cadena, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee, Sheppard Baker, recover his costs of this appeal from appellant, John Magness.

SIGNED April 10, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice